## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| MEDIATEK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 6:05-cv-323 (LED) |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| SANYO ELECTRIC CO., LTD. AND ) | |
| SANYO NORTH AMERICA ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## MEDIATEK, INC.'S NOTICE OF DISCLOSURES

Plaintiff Mediatek, Inc. ("Mediatek") hereby gives notice that Mediatek's disclosures required under Local Patent Rule 3-1 were served on Defendants Sanyo Electric Co., Ltd. and Sanyo North America Corporation ("Sanyo") via electronic mail and overnight delivery on February 17, 2006.  Mediatek also served the documents required under Local Patent Rule 3-2 on Sanyo via overnight delivery on February 17, 2006.

Dated: February 21, 2006        Respectfully submitted,

**McKOOL SMITH, PC**

By:  /s/ Samuel F. Baxter
     Sam Baxter, Lead Attorney
     Texas State Bar No. 01938000
     sbaxter@mckoolsmith.com
     P.O. Box O
     505 E. Travis, Suite 105
     Marshall, Texas 75670
     Telephone:  (903) 927-2111
     Telecopier:  (903) 927-2622

     Martin C. Robson
     State Bar No. 24004892
     mrobson@mckoolsmith.com
     Gary Kitchen
     State Bar No. 24033656
     gkitchen@mckoolsmith.com
     300 Crescent Court, Suite 1500
     Dallas, Texas 75201
     Telephone:  (214) 978-4000
     Telecopier:  (214) 978-4044

     **ATTORNEYS FOR PLAINTIFF MEDIATEK, INC.**

**Of Counsel:**

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**

Stephen S. Korniczky (CA Bar No. 135532)
N. Thane Bauz  (CA Bar No. 188439)
Elizabeth L. Brann (CA Bar No. 222873)
3579 Valley Centre Drive
San Diego, CA  92130
Telephone:  (858) 720-2500
Telecopier:  (858) 720-2555
Email:  stevekorniczky@paulhastings.com

Ronald S. Lemieux (CA Bar No. 120822)
Daniel B. Pollack (CA Bar No. 221176)

**Page 2**

Dallas 214423v1

Five Palo Alto Square, Sixth Floor
Palo Alto, CA  94306-2155
Telephone:  (650) 320-1800
Telecopier:  (650) 320-1900

**ATTORNEYS FOR PLAINTIFF
MEDIATEK, INC**.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail, on this the 21st day of February, 2006.


By:      /s/ Martin C. Robson
                Martin C. Robson

**Page 3**