# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **MEDIATEK, INC.** | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | **CIVIL NO. 6:05cv323(LED)** |
| | ) | |
| **SANYO ELECTRIC CO., LTD., and** | ) | |
| **SANYO NORTH AMERICA** | ) | |
| **CORPORATION,** | ) | |
| *Defendants*. | ) | |

## DEFENDANTS SANYO ELECTRIC CO., LTD AND
## SANYO NORTH AMERICA CORPORATION'S
## NOTICE OF DISCLOSURES

Pursuant to Local Rule 26(c) and Paragraph 1 of the Court's February 8, 2006 Discovery Order, Defendants Sanyo Electric Co., Ltd. and Sanyo North America Corporation hereby give notice that their initial disclosures were served on Plaintiff Mediatek, Inc. via e-mail and first class mail on March 3, 2006.

Respectfully submitted,

March 07, 2006       By:     /s/ John F. Bufe
                                                                Michael E. Jones, Lead Attorney
                                                                Texas State Bar No. 10929400
                                                                John F. Bufe
                                                               Texas State Bar No. 03316930
                                                               Potter Minton
                                                               110 North College
                                                               500 Plaza Tower
                                                               Tyler, Texas 75702
                                                               Telephone: (903) 597-8311
                                                               Facsimile: (903) 593-0846
                                                               Email: mikejones@potterminton.com
                                                               Email: johnbufe@potterminton.com

                                                               Attorney for Defendants Sanyo Electric Co.,
                                                               Ltd. and Sanyo North America Corporation

**Of Counsel:**

Patricia A. Martone
Robert W. Morris
Hiroyuki Hagiwara
Christopher J. Place
Reeta K. Whitney
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: patricia.martone@ropesgray.com

Attorney for Defendants Sanyo Electric Co., Ltd.
and Sanyo North America Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on this 7th day of March, 2006. Any other counsel of record will be served by facsimile transmission and first-class mail.

/s/ John F. Bufe
John F. Bufe