IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **MEDIATEK, INC.** | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CASE NO. 6:05 CV 323 |
| | § | PATENT CASE |
| **SANYO ELECTRIC CO LTD., et al.** | § | |
| | § | |
| **Defendants** | § | |

### ORDER

The Court **SETS** Docket Numbers 174, 184, 185, 186, 196, 202, 206, 207, 213, 214, and 215 for hearing on February 9, 2007 at 9:30 a.m. in Tyler, Texas.[1] All responses to these motions are due no later than February 2 and all replies are due no later than February 6.

Counsel in this case are well qualified and experienced in litigating cases in this District. Accordingly, they are familiar with the Court's expectation that they will resolve their disagreements through compromise. The Court is extremely disappointed with the parties' inability to resolve so many matters without Court intervention and strongly encourages the parties to work together to resolve as many matters as they can before the hearing on February 9.

**So ORDERED and SIGNED this 29th day of January, 2007.**



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE

---

[1] As the Court may be in trial in Marshall, Texas on February 9, the parties should contact Chambers (903-590-1084) on February 8 to confirm the location of the hearing.