# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| MEDIATEK, INC., UNITED MODULE CORPORATION, and SARNOFF CORPORATION, ) ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. 6:05cv323 (LED) |
| v. ) ) | Jury Trial |
| SANYO ELECTRIC CO., LTD. and SANYO NORTH AMERICA CORPORATION, ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF COMPLIANCE REGARDING DEFENDANTS' AMENDED INITIAL DISCLOSURES AND SUPPLEMENTAL DISCLOSURES

NOW COME Defendants SANYO ELECTRIC CO, LTD. And SANYO NORTH AMERICA CORPORATION, and hereby notifies the Court that on January 30, 2007, Defendants served, by electronic mail and first class mail, its Amended Initial Disclosures and Supplemental Disclosures pursuant to its February 8, 2006 Discovery Order.

Dated: January 30, 2007                     Respectfully submitted,

                                              /s/ John F. Bufe
Of Counsel:                                 Michael E. Jones, Lead Attorney
                                            Texas State Bar No. 10929400
Patricia A. Martone                         John F. Bufe
Robert W. Morris                            Texas State Bar No. 03316930
Hiroyuki Hagiwara

ROPES & GRAY LLP                            POTTER MINTON
1211 Avenue of the Americas                 110 North College
New York, NY 10036                          500 Plaza Tower
Telephone: (212) 596-9000                   Tyler, Texas 75702
Facsimile: (212) 596-9090                   Telephone: (903) 597-8311
Email: patricia.martone@ropesgray.com       Facsimile: (903) 593-0846
*Attorneys for Defendants*                  Email: mikejones@potterminton.com
                                            *Attorney for Defendants*


CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via electronic mail on this the 30th day of January, 2007.

Any other counsel of record will be served by first class mail.


              /s/ John F. Bufe
              John F. Bufe