IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MEDIATEK, INC., ,<br><br>    Plaintiff,<br><br>    vs.<br><br>SANYO ELECTRIC CO., LTD. and SANYO NORTH AMERICA CORPORATION,<br><br>    Defendants. | **CIVIL ACTION NO. 6:05 CV 323**<br><br>**JURY TRIAL DEMANDED** |

## MEDIATEK, INC.'S UNOPPOSED MOTION TO EXTEND CERTAIN DEADLINES

Plaintiff MediaTek, Inc. ("MediaTek") file this its Unopposed Motion to Extend Certain Deadlines, and in support thereof, shows as follows:

Pursuant to the Court's February 8, 2006 Docket Control Order, the deadline for the parties to submit a Joint Pretrial Order, Joint Proposed Jury Instructions, and Form of the Verdict is currently March 2, 2007. The parties have met and conferred and have agreed that extending this deadline would be in the best interest of both parties.

For the foregoing reasons, MediaTek respectfully requests the Court enter an Order extending the deadline by seven (7) calendar days allowing the parties to submit a Joint Pretrial Order, Joint Proposed Jury Instructions, and Form of the Verdict on March 9, 2007. This extension is not sought for delay and no other deadlines will be affected.

Dated: March 1, 2007

                    Respectfully submitted,

                    **McKOOL SMITH, P.C.**

                    By: /s/ Samuel F. Baxter

                    Samuel F. Baxter
                    Lead Attorney
                    Texas State Bar No. 0193800
                    sbaxter@mckoolsmith.com
                    505 E. Travis, Suite 105
                    Marshall, Texas 75670
                    Telephone: (903) 927-2111
                    Facsimile: (903) 927-2622

                    Robert Manley
                    Texas State Bar No. 00787955
                    rmanley@mckoolsmith.com
                    Martin C. Robson
                    Texas State Bar No. 24004892
                    mrobson@mckoolsmith.com
                    300 Crescent Court, Suite 1500
                    Dallas, Texas 75201
                    Telephone: (214) 978-4000
                    Telecopier: (214) 978-4044

**Of Counsel:**

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**

Stephen S. Korniczky (*Admitted Pro Hac Vice*)
N. Thane Bauz (*Admitted Pro Hac Vice*)
James V. Fazio, III (*Admitted Pro Hac Vice*)
Elizabeth L. Brann (*Admitted Pro Hac Vice*)
Paul, Hastings, Janofsky & Walker LLP
3579 Valley Centre Drive
San Diego, California 92130
Telephone: (858) 720-2500
Facsimile: (858) 720-2555
stephenkorniczky@paulhastings.com


Ronald S. Lemieux (*Admitted Pro Hac Vice*)
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

**ATTORNEYS FOR PLAINTIFF MEDIATEK, INC.**

**CERTIFICATE OF CONFERENCE**

   Counsel for Plaintiff has conferred with counsel for the Defendants regarding the relief requested in this Motion.  Defendants are not opposed to the relief requested in this Motion.

                    /s/ Martin C. Robson
                    Martin C. Robson

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via facsimile and/or U.S. First Class Mail this 1st day of March, 2007.

                    /s/ Martin C. Robson
                    Martin C. Robson