**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| MEDIATEK, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANYO ELECTRIC CO., LTD. AND SANYO NORTH AMERICA CORPORATION, <br><br> Defendants. | Civil Action No. No. 6:05cv323 (LED) <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

      1.      Pursuant to Rule 41, Fed. R. Civ. P., Plaintiff MediaTek, Inc. and Defendants Sanyo Electric Co., Ltd. and Sanyo North America Corp., by their undersigned attorneys, stipulate that this action, including complaint, answers and counterclaims, be dismissed with prejudice, pursuant to Settlement, Release and License Agreement Dated May 30, 2007 executed by the parties, the terms of which shall remain confidential.

      2.      This Court shall retain continuing jurisdiction over the parties and the subject matter to enforce the aforesaid Settlement, Release and License Agreement.

      3.      Each party shall bear its own attorney's fees and costs and expenses incurred by or on behalf of said party in connection with this action.

-2-

Dated: June 1, 2007                                    Respectfully submitted,

                                                              By:   */s/ John F. Bufe*
                                                                   Michael E. Jones, Attorney-in-Charge
                                                                   Texas State Bar No. 10929400
                                                                   John Bufe
                                                                   Texas State Bar No. 03316930
                                                                   POTTER MINTON
                                                                   110 North College
                                                                   500 Plaza Tower
                                                                   Tyler, Texas 75702
                                                                   Telephone: (903) 597-8311
                                                                   Facsimile: (903) 593-0846
                                                                   Email: mikejones@potterminton.com

                                                  *Attorneys for Defendants*
                                                  **SANYO ELECTRIC CO., LTD. And**
                                                  **SANYO NORTH AMERICA CORPORATION**

**Of Counsel:**
Patricia A. Martone
Kenneth B. Herman
Robert W. Morris
Hiroyuki Hagiwara
Sasha Rao
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: patricia.martone@ropesgray.com

Sasha Rao
ROPES & GRAY LLP
525 University Avenue, Suite 300
Palo Alto, CA  94301-1917
Telephone: (650) 617-4000
Facsimile: (650) 617-4090
Email: sasha.rao@ropesgray.com

{A12\7467\0001\W0327547.1 }

Dated: June 1, 2007

Respectfully submitted,

By: */s/ Samuel F. Baxter*
Samuel F. Baxter, Attorney-in-Charge
MCKOOL SMITH
505 E. Travis, Suite 105
Telephone: (903) 927-2111
Facsimile: (903) 927-2622
Email: sbaxter@mckoolsmith.com

*Attorneys for Plaintiff*
**MEDIATEK, INC.**

**Of Counsel:**
Stephen S. Korniczky
Ronald S. Lemieux
PAUL HASTINGS JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 720-2500
Facsimile: (858) 720-2555
Email: stephenkorniczky@paulhastings.com